IN RE RESIGNATION OF GREENWALD.

[Cite as *In re Resignation of Greenwald* (1992), 64 Ohio St.3d 1206.]

(No. 92–955—Submitted June 2, 1992—Decided June 3, 1992.)

The resignation of Michael I. Greenwald as an attorney, Registration No. 0025083, is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF ANDERSON.

[Cite as *In re Resignation of Anderson* (1992), 64 Ohio St.3d 1206.]

(No. 92–1141—Submitted July 8, 1992—Decided July 9, 1992.)

The resignation of Mark Edward Anderson, Attorney Registration No. 0020858, is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

CINCINNATI BAR ASSOCIATION *v.* SPITZ.

[Cite as *Cincinnati Bar Assn. v. Spitz* (1992), 64 Ohio St.3d 1206.]

(No. 91–1250—Submitted and decided July 13, 1992.)

ON APPLICATION FOR REINSTATEMENT.

This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Gregory G. Spitz, Attorney Registration No. 0000794.